IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JODIE SMALL, Individually**
**and on Behalf of all Others**
**Similarly Situated**                                                                                               **PLAINTIFF**

v.                       Case No. 4:19-cv-800-BRW

**SONIC DRIVE-IN OF DOVER INC.**                                   **DEFENDANT**

## NOTICE OF SETTLEMENT

COME NOW Plaintiff, by and through her attorneys, and Defendant, Sonic Drive-In of Dover, Inc., by and through their attorneys, and state as follows:

1. The purpose of this Notice of Settlement is to apprise the Court that Plaintiff and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The settlement agreement is under review by Defendant's counsel.

2. The parties are in the process of finalizing settlement terms and expect to file the necessary settlement and dismissal papers with the Court within thirty (30) days from the filing of this Notice of Settlement.

                                                                        Respectfully submitted,
                                                                        **PLAINTIFF JODIE SMALL**

                                                                        wh Law, PLLC
                                                                        1 Riverfront Pl. – Ste. 745
                                                                        North Little Rock, Arkansas 72114
                                                                        Telephone: 501-891-6000

                                                                        /s/ Chris Burks
                                                                        Chris Burks, Esq.
                                                                        Ark. Bar No. 2010207
                                                                        chris@whlaw.com

**DEFENDANT SONIC DRIVE IN OF DOVER, INC.**

HYDEN, MIRON & FOSTER, PLLC
901 North University Ave.
Little Rock, Arkansas 72207
Telephone: 501-376-8222

/s/ James L. Phillips
James L. Phillips, Esq.
Ark. Bar No. 2007161
Jim.phillips@hmflaw.net